Jason K. Singleton, Esq., SBN: 166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Telephone:    707.441.1177
Facsimile:    707.441.1533
Email:        Jason@singletonlawgroup.com

Attorneys for Plaintiff
Joshua LaMark

Michael C. Saqui, Esq., SBN: 147853
Erica L. Rosasco, Esq., SBN: 220836
THE SAQUI LAW GROUP *Counselors to Management*
4120 Douglas Boulevard, Suite 306-402
Granite Bay, California 95746
Telephone:    (916) 782-8555
Facsimile:    (916) 782-8565
Email:        mcs@laborcounselors.com / Erica@laborcounselors.com

Attorneys for Defendants
Tom's Sierra Company, Inc. dba Sierra Energy; Sierra Energy and Sierra Super Stop
(Erroneously sued as Toms Sierra Company, Inc., Sierra Energy, LLC dba Sierra Super Stop)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Joshua LaMark, | ) Docket No:  2:11-cv-01983-MCE-EFB |
|  | ) |
| Plaintiff, | ) **STIPULATION REGARDING EXTENSION** |
|  | ) **OF TIME UNTIL SEPTEMBER 7, 2011** |
| vs. | ) **FOR DEFENDANTS TO RESPOND TO** |
|  | ) **COMPLAINT; ORDER THEREON** |
| Toms Sierra Company, Inc., a California corporation; Sierra Energy, LLC, an Arizona Limited Liability Company dba Sierra Super Stop, and DOES ONE to FIFTY, inclusive, | ) |
|  | ) **Trial Date:    Not Set** |
|  | ) **Action Filed: 07/27/11** |
| Defendants. | ) |

1

*LaMark v Tom's Sierra Company, et al.*                         Stipulation RE Extension to Respond to Complaint; Order
USDC Eastern Dist., Docket No. 2:11-cv-01983

Pursuant to Local Rule 144, Plaintiff Joshua LaMark and Defendants Tom's Sierra Company, Inc. dba Sierra Energy; Sierra Energy and Sierra Super Stop and through their respective attorneys of record, Joshua K. Singleton and Erica L. Rosasco, stipulate as follows:

1. No extension of time has been previously obtained.

2. These Defendants are granted an extension until September 7, 2011 to respond or otherwise plead to Plaintiff's complaint.

3. These Defendants' response will be due no later than September 7, 2011.

IT IS SO STIPULATED effective as of August 23, 2011.

Dated: August 24, 2011        /s/ Joshua K. Singleton (as authorized on 08/24/11)
                              JOSHUA K. SINGLETON
                              Attorney for Plaintiff


Dated: August 24, 2011        /s/ Erica L. Roasaco (as authorized on 08/24/11)
                              ERICA L. ROSASCO
                              Attorney for Defendants

**ORDER**

IT IS SO ORDERED

Dated: August 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

*LaMark v Tom's Sierra Company, et al.*                Stipulation RE Extension to Respond to Complaint; Order
USDC Eastern Dist., Docket No. 2:11-cv-01983